**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br>Plaintiff,<br>vs.<br>Kepler Group LLC; and Amazon Advertising LLC fka Amazon Media Group, LLC,<br>Defendant. | Adv. No. 23-50536 |

**DEFENDANT AMAZON ADVERTISING LLC'S ANSWER TO AMENDED
COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO
11 U.S.C. §§ 547, 548, AND 550 AND TO DISALLOW CLAIMS
PURSUANT TO 11 U.S.C. § 502**

Defendant Amazon Advertising LLC ("Amazon") submits this answer ("Answer") to the *Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims pursuant to 11 U.S.C. § 502* ("Amended Complaint") brought by the Official Committee of Unsecured Creditors ("Plaintiff") of Pack Liquidating, LLC, *et al.*, derivatively on behalf of the debtors and debtors-in-possession in the above-captioned bankruptcy proceeding (collectively, the "Debtors").

Pursuant to Federal Rule of Civil Procedure 8, incorporated by Federal Rule of Bankruptcy Procedure 7008, Amazon generally denies each and every allegation of the Amended Complaint that is not expressly admitted herein. Amazon also expressly denies each and every allegation and

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

1

statement made in the headings and subheadings in the Amended Complaint, which are reproduced below for reference only and not as admissions of any of the allegations or statements made therein. Amazon reserves the right to amend its Answer consistent with the facts discovered in this case. In response to the numbered allegations in the Amended Complaint, Amazon states as follows:

## NATURE OF THE CASE

1. Plaintiff's statement about what relief it seeks in the Amended Complaint speaks for itself and requires no answer. Amazon denies that Plaintiff's claims have merit and that Plaintiff is entitled to relief.

2. Plaintiff's statement about what relief it seeks in the Complaint speaks for itself and requires no answer. Amazon denies that Plaintiff's claims have merit and that Plaintiff is entitled to relief.

## JURISDICTION AND VENUE

3. Amazon admits that the underlying chapter 11 bankruptcy cases are jointly administered under the caption *In re: Pack Liquidating, LLC, et al.*, Case No. 22-10797 (CTG). Amazon states the remaining allegations in Paragraph 3 of the Amended Complaint call for a legal conclusion for which no response in required.

4. Amazon states that the allegations in Paragraph 4 of the Amended Complaint call for a legal conclusion for which no response is required.

5. Amazon states that the allegations in Paragraph 5 of the Amended Complaint call for a legal conclusion for which no response is required.

6.      Amazon states that the allegations in Paragraph 6 of the Amended Complaint call for a legal conclusion for which no response is required. Amazon denies that Plaintiff's claims have merit and that Plaintiff is entitled to any relief.

7.      Amazon states that Plaintiff's statement that it consents to entry of final orders and judgments by the Bankruptcy Court speaks for itself and requires no answer.

## PROCEDURAL BACKGROUND

8.      Amazon is without sufficient information to admit or deny the allegations in Paragraph 8 of the Amended Complaint and therefore denies the same.

9.      Amazon admits the allegations in Paragraph 9 of the Amended Complaint.

10.     Amazon admits the Debtors remained in possession of their assets and continued to operate and manage their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Amazon states it is without sufficient information to admit or deny the remaining allegations in Paragraph 10 of the Amended Complaint and therefore denies the same.

11.     Amazon is without sufficient information to admit or deny the allegations in Paragraph 11 of the Amended Complaint and therefore denies the same.

12.     Amazon admits the allegations in Paragraph 12 of the Amended Complaint.

13.     Amazon admits that on May 19, 2023, the Court entered the *Order Approving Stipulation and Order Granting Derivative Standing to the Official Committee of Unsecured Creditors to Commence Preference and Related Chapter 5 Litigation Claims on Behalf of the Debtors' Estates*. Amazon states that the order speaks for itself.

**THE PARTIES**

14. Amazon admits the first two sentences of Paragraph 14 of the Amended Complaint. Amazon states that the remaining allegations in this paragraph call for a legal conclusion for which no response is required.

15. Amazon is without sufficient information to admit or deny the allegations in Paragraph 15 of the Amended Complaint and therefore denies the same.

16. Amazon admits that it was a vendor or creditor that provided its advertising services to Kepler Group, LLC under the terms of the Amazon DSP Agreement, and that Kepler Group, LLC provided advertising services to advertisers. Amazon admits that its principal place of business is 410 Terry Avenue North, Seattle, WA, 98109 and that it is a limited liability company. Amazon states the remaining allegations in Paragraph 16 of the Amended Complaint call for a legal conclusion for which no response is required.

**FACTUAL BACKGROUND**

17. Amazon is without sufficient information to admit or deny the allegations in Paragraph 17 of the Amended Complaint and therefore denies the same.

18. Amazon states that the First Day Declaration speaks. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 18 of the Amended Complaint and therefore denies the same.

19. Amazon is without sufficient information to admit or deny the allegations in Paragraph 19 of the Amended Complaint and therefore denies the same.

20. Amazon is without sufficient information to admit or deny the allegations in Paragraph 20 of the Amended Complaint and therefore denies the same.

21. Amazon is without sufficient information to admit or deny the allegations in Paragraph 21 of the Amended Complaint and therefore denies the same.

22. Amazon is without sufficient information to admit or deny the allegations in Paragraph 22 of the Amended Complaint and therefore denies the same.

23. Amazon is without sufficient information to admit or deny the allegations in Paragraph 23 of the Amended Complaint and therefore denies the same.

24. Amazon is without sufficient information to admit or deny the allegations in Paragraph 24 of the Amended Complaint and therefore denies the same.

25. Amazon is without sufficient information to admit or deny the allegations in Paragraph 25 of the Amended Complaint and therefore denies the same.

26. Amazon is without sufficient information to admit or deny the allegations in Paragraph 26 of the Amended Complaint and therefore denies the same.

27. Amazon is without sufficient information to admit or deny the allegations regarding the contents of the Agreement or attachments thereto, and therefore denies the same. As to the remaining allegations in Paragraph 27 of the Amended Complaint, Amazon states the Amazon DSP Agreement, formerly known as the Amazon Ad Platform Agreement, speaks for itself.

28. Amazon admits that Kepler was a party to the DSP Agreement, as amended.

29. Amazon admits that Kepler was a party to the DSP Agreement and provided services to one or more advertisers. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 29 of the Amended Complaint and therefore denies the same.

30. Amazon is without sufficient information to admit or deny the allegations in Paragraph 30 of the Amended Complaint and therefore denies the same.

31. Amazon admits that it sent invoices to its customer, Kepler. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 31 of the Amended Complaint and therefore denies the same.

32. Amazon admits that it received payment from Kepler for services that Amazon provided to Kepler. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 32 of the Amended Complaint and therefore denies the same.

33. Amazon denies that the Debtors made transfer(s) of an interest of the Debtors' property to or for the benefit of Amazon during the Preference Period. Amazon is without sufficient information to admit or deny the remaining allegations in the first sentence of Paragraph 33 of the Amended Complaint. Amazon states that Exhibit A of the Amended Complaint speaks for itself.

34. Plaintiff's statement about what relief it seeks speaks for itself and requires no answer. Amazon denies that Plaintiff's claims have merit and that Plaintiff is entitled to relief.

35. Amazon is without sufficient information to admit or deny the allegations in Paragraph 35 of the Amended Complaint and therefore denies the same.

36. Amazon is without sufficient information to admit or deny the allegations in the first two sentences of Paragraph 36 of the Amended Complaint and therefore denies the same. Amazon states that the remaining allegations in Paragraph 36 of the Amended Complaint call for a legal conclusion for which no response is required.

37. Amazon denies that Plaintiff may avoid some or all of the Transfers against Amazon.

38. Amazon denies that Plaintiff may amend its Complaint and that any such amendment relates back to the original Complaint.

**CLAIMS FOR RELIEF**

**COUNT I**
**(Avoidance of Preference Period Transfers – 11 U.S.C. § 547)**

39. Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

40. Amazon denies that one or more of the Debtors made Transfers to or for the benefit of Amazon in an aggregate amount not less than $409,044.05. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 40 of the Amended Complaint and therefore denies the same.

41. Amazon is without sufficient information to admit or deny the allegations in Paragraph 41 of the Amended Complaint and therefore denies the same.

42. Amazon denies the allegations in Paragraph 42 of the Amended Complaint.

43. Amazon denies the allegations in Paragraph 43 of the Amended Complaint.

44. Amazon denies that each Transfer was made for, or on account of, an antecedent debt or debts owed by the Debtors to Amazon. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 44 of the Amended Complaint and therefore denies the same.

45. Amazon with without sufficient information to admit or deny the allegation in the first sentence of Paragraph 45 of the Amended Complaint and therefore denies the same. The remaining allegations in Paragraph 45 of the Amended Complaint call for a legal conclusion for which no response is required.

46. Amazon is without sufficient information to admit or deny the accuracy of <u>Exhibit A</u> of the Amended Complaint and therefore denies the same.

47. Amazon is without sufficient information to admit or deny the allegations contained in the first sentence of Paragraph 47 of the Amended Complaint and therefore denies the same. Amazon states that the Debtors' schedules and proofs of claim speak for themselves for require no answer.

48. Amazon denies the allegations in Paragraph 48 of the Amended Complaint.

## COUNT II
### (Avoidance of Fraudulent Conveyances – 11 U.S.C. § 548(a)(1)(B))

49. Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

50. Amazon is with without sufficient information to admit or deny the allegations in Subparagraphs A–C of Paragraph 50 of the Amended Complaint and therefore denies the same. Amazon denies the remaining allegations in Paragraph 50 of the Amended Complaint.

51. Amazon denies the allegations in Paragraph 51 of the Amended Complaint.

## COUNT III
### (Recovery of Avoided Transfers – 11 U.S.C. § 550)

52. Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

53. Amazon denies the allegations in Paragraph 53 of the Amended Complaint.

54. Amazon denies the allegations in Paragraph 54 of the Amended Complaint.

55. Amazon denies the allegations in Paragraph 55 of the Amended Complaint.

## COUNT IV
### (Disallowance of all Claims – 11 U.S.C. § 502(d) and (j))

56. Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

57. Amazon denies the allegations in Paragraph 57 of the Amended Complaint.

58. Amazon denies the allegations in Paragraph 58 of the Amended Complaint.

59. Amazon denies the allegations in Paragraph 59 of the Amended Complaint.

60. Amazon denies the allegations in Paragraph 60 of the Amended Complaint.

## PRAYER FOR RELIEF

Amazon denies that Plaintiff is entitled to any relief.

## STATEMENT PURSUANT TO FED. R. BANKR. P. 7012(b)

For purposes of this Adversary Proceeding only, Amazon consents to entry of final orders or judgment by the Bankruptcy Court.

## AFFIRMATIVE DEFENSES

Without assuming Plaintiff's burden of proof on any issue, Amazon alleges the following affirmative defenses. The full extent to which Plaintiff's claims may be barred by one or more affirmative defenses, if not specifically set forth below, cannot be determined until Amazon has had an opportunity to complete discovery. Therefore, Amazon reserves the right to assert additional affirmative defenses in the event discovery indicates that would be appropriate. In addition, Amazon incorporates by reference all affirmative defenses contemplated by the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure.

## FIRST AFFIRMATIVE DEFENSE

1. The Amended Complaint is barred by Plaintiff's failure to state a claim against Amazon upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2. The Amended Complaint is barred by the affirmative defenses contained in 11 U.S.C. § 550, including affirmative defenses premised on Amazon's status as a good faith transferee for value.

## THIRD AFFIRMATIVE DEFENSE

3. The Amended Complaint is barred by 11 U.S.C. § 547(c), including subsections (c)(2) and (c)(4).

## FOURTH AFFIRMATIVE DEFENSE

4. The Amended Complaint is barred by 11 U.S.C. § 547(b).

## PRAYER FOR RELIEF

WHEREFORE, Amazon prays for judgment as follows:

A. Dismissal, with prejudice, of the Amended Complaint against Amazon.

B. An award of attorneys' fees and costs incurred in defending this action, to the extent such costs and fees are recoverable by law or in equity.

C. Such other relief that this Court deems just and proper.

DATED: July 1, 2024

**K&L Gates LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@kglates.com

Brian T. Peterson
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: 206-370-7948
Email: brian.peterson@klgates.com

*Counsel for Amazon Advertising LLC*